**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| INTERNATIONAL COUNSEL BUREAU,    ) | |
| )  | |
| Plaintiff,    ) | |
| )  | |
| v.    )  | Civil Action No. 13-01591 (JDB) |
| )  | |
| UNITED STATES DEPARTMENT    ) | |
| OF DEFENSE *et al.,*    ) | |
| )  | |
| Defendants.    ) | |
| _____) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Scheduling Order of January 13, 2014 (Dkt. No. 14), Plaintiff

International Counsel Bureau and Defendants United States Department of Defense ("DOD"), United

States Central Intelligence Agency ("CIA"), United States Department of Justice ("DOJ") (including

the Federal Bureau of Investigation ("DOJ-FBI")), and United States Department of State ("DOS")

(collectively "Defendants"), by and through undersigned counsel, respectfully submit the following

Joint Status Report.

This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and

pertains to multiple FOIA requests that plaintiff submitted to a variety of federal entities.   *See* Compl.

(Dkt. No. 1) ¶¶ 67 – 86; Initial Joint Status Report (Dkt. No. 13) 1-5.   These requests concern six

categories of records:   (1) transfer policy ("Policy"), (2) disciplinary actions ("Disciplinary Action"),

(3) the Periodic Review Board ("PRB") and Task Forces ("PRB and Task Force"), (4) detention

policy ("Detention"), (5) imagery ("Imagery"), and (6) hunger strikes ("Hunger Strike").   The current

status of each request is detailed in the following paragraphs.

1.      **Requests submitted to Defendant DOD.**

Plaintiff submitted requests for all six categories of records referenced above to defendant

DOD.   On November 14, 2014, DOD completed its processing of the initial search priorities for the

Disciplinary Action and Imagery requests and released to plaintiff all responsive, non-privileged and

non-exempt records within its possession, custody, or control.   DOD completed its processing of the

initial search priorities for the Hunger Strike request, as narrowed by agreement of the parties, on

August 28, 2015, and released to plaintiff all responsive, non-privileged and non-exempt records

within its possession, custody, or control.   Plaintiff is in the process of reviewing DOD's response to

these three requests.

Pursuant to the Court's Order of August 11, 2015 (Dkt. No. 47), DOD's deadline for

completing its processing of the Policy, PRB & Task Force, and Detention requests, as narrowed by

agreement of the parties, and releasing all responsive, non-privileged and non-exempt records within

its possession, custody, or control is January 29, 2016.   *See* Order of Aug. 11, 2015, at 1.   Pursuant to

the Court's Order, DOD provided interim responses to plaintiff on August 28, 2015 and October 7,

2015, and will provide additional interim responses to plaintiff on December 9, 2015, and January 15,

2016.   *See id.*   The Court has ordered DOD to submit a Motion for Summary Judgment with respect

to all six requests on or before March 31, 2016.   *See id.* at 2.

With respect to the Policy request, DOD has completed its initial and supplemental searches

and has located thousands of records potentially responsive to the initial search priorities, as agreed

upon by the parties.   On November 14, 2014, DOD released the non-privileged and non-exempt

portions of 616 pages of responsive records.   Subject matter experts continue to review over 14,000

pages of unclassified records and more than 3,000 classified documents for responsiveness and

applicability of FOIA exemptions.   Many of these documents contain information that implicates the equities of a number of DOD components and other Executive Branch agencies, and DOD is consulting with the relevant equity holders before making its final release determinations.

DOD has completed its searches for records responsive to the initial search priorities, as agreed upon by the parties, of the PRB & Task Force Request.   On August 28, 2015, DOD released the non-privileged and non-exempt portions of 1,033 pages of responsive records within its possession, custody, or control.   On October 6, 2015, DOD released the non-privileged and non-exempt portions of an additional 2,173 pages of responsive records within its possession, custody, or control.   Subject matter experts continue to review records identified as potentially responsive to this request and are consulting, as needed, with other DOD components and Executive Branch agencies.

With respect to the Detention Request, DOD's initial searches for records responsive to the initial search priorities, as agreed by the parties, located approximately 80 classified and unclassified potentially responsive records.   Subject matter experts continue to review these records for responsiveness and the applicability of privileges and exemptions, and are consulting, as needed, with other DOD components and Executive Branch agencies.

2.     **Requests submitted to Defendant DOJ.**

Defendant DOJ received four FOIA requests: the Policy, Disciplinary Action, PRB and Task Force, and Detention requests.   Pursuant to the Court's Order of August 11, 2015, DOJ's deadline for completing its processing of these requests, as narrowed by the agreement of the parties, and for releasing all responsive, non-privileged, and non-exempt records within its possession, custody, or control, is December 18, 2015.   *See* Order of Aug. 11, 2015, at 1.   Pursuant to the Court's Order, DOJ provided interim responses to plaintiff on August 28, 2015, and October 16, 2015.   *See id.*   The

3

Court has ordered DOJ to submit a Motion for Summary Judgment on or before March 31, 2016. *See id*. at 2.

Two requests – the Policy request and the PRB and Task Force request – were received by DOJ's Bureau of Prisons ("BOP").   Plaintiff has agreed to relinquish any claims it might have against DOJ arising from BOP's processing of these requests.   DOJ's Criminal Division received the Disciplinary Action request, and has completed its processing of that request.

DOJ's National Security Division ("NSD") received all four requests.   NSD has completed its initial and supplemental searches, and has located approximately 7,000 pages of records potentially responsive to the initial search priorities agreed to by the parties.   Many of these potentially responsive records are classified.   On August 28, 2015, NSD informed plaintiff that it had reviewed approximately 4,000 pages of potentially responsive records and determined that approximately 2,900 pages of those records were non-responsive.   NSD also informed plaintiff that it had referred approximately 550 pages of potentially responsive records to other government agencies for direct response to plaintiff.   Subject matter experts continue to review the remaining 3,000 pages of potentially responsive records and are consulting, as needed, with other government agencies.

DOJ's Office of Information Policy ("OIP") received the PRB and Task Force request.   OIP has completed its initial and supplemental searches, and has located nearly 16,000 records potentially responsive to the initial search priorities, as agreed to by the parties.   On August 28, 2015, OIP released the non-privileged and non-exempt portions of 80 pages of responsive records, and informed plaintiff that an additional 390 pages of responsive records were withheld in full.   OIP continues to process the material it has determined to be responsive to the PRB and Task Force request and is consulting, as needed, with other DOJ components and Executive Branch agencies before making

4

final release determinations.    Additionally, OIP is processing several consultations and referrals from

its co-defendants.

3.    **Requests submitted to Defendant DOJ-FBI.**

Pursuant to the Court's Order of April 29, 2015 (Dkt. No. 35) and the Court's Minute Order of

June 9, 2015, the FBI filed a Renewed Motion for Summary Judgment on July 6, 2015 with respect to

all claims arising from the Disciplinary Action request that plaintiff submitted to FBI.    *See* Dkt. No.

38.    Plaintiff submitted its Renewed Cross-Motion for Summary Judgment and Opposition to FBI's

Renewed Motion on August 5, 2015.    *See* Dkt. No. 44.    Briefing of the parties' respective renewed

motions for summary judgment was completed on September 14, 2015.    *See* Dkt. No. 52.

4.    **Requests submitted to Defendant CIA.**

Defendant CIA received two FOIA requests: the Policy request and the Detention request.

On August 21, 2015, CIA completed its processing of the initial search priorities, as agreed upon

by the parties, for these two requests and released to plaintiff all responsive, non-privileged and

non-exempt records within its possession, custody, or control.    The Court has ordered CIA to

submit a Motion for Summary Judgment on or before October 26, 2015.    *See* Minute Order (July 27,

2015).

5.    **Requests submitted to Defendant DOS.**

DOS received three requests—the Policy, PRB & Task Force, and Detention requests.

Pursuant to the Court's Scheduling Order of August 11, 2015, DOS's deadline for completing its

processing of these requests, as narrowed by the agreement of the parties, and for releasing all

responsive, non-privileged, and non-exempt records within its possession, custody, or control is

December 18, 2015.    *See* Order of Aug. 11, 2015, at 2.    Pursuant to the Court's Order, DOS provided

plaintiff with interim responses on August 28, 2015, September 25, 2015 and October 23, 2015, and will provide plaintiff with an additional interim response on November 20, 2015.  *See id.*   The Court has ordered DOS to submit a Motion for Summary Judgment on or before March 31, 2016.  *Id.*

DOS has completed its searches for records potentially responsive to the initial search priories for the Policy, PRB and Task Force, and Detention requests, as agreed to by the parties, and continues to review the results of those searches for responsiveness and potential release. Between February 2015 and July 2015, DOS completed the processing of over 180 responsive documents, and either released the non-privileged, non-exempt portions of those records or referred the records to another federal agency for direct response to plaintiff.   On August 28, 2015, DOS released to plaintiff the non-privileged, non-exempt portions of 36 documents.   On September 25, 2015, DOS released the non-privileged, non-exempt portions of 10 documents, and informed plaintiff that it had referred 13 documents to other government offices or agencies for coordination or direct response.   Since August 2015, DOS has reviewed for responsiveness over 1,700 pages of records potentially responsive to the Policy, PRB and Task Force, and Detention requests.

Respectfully submitted,

*FOR THE PLAINTIFF*:

s/ Ronald A. Schechter
RONALD A. SCHECHTER
(D.C. Bar No. 245019)
RONALD D. LEE
(D.C. Bar No. 411516)
Arnold & Porter LLP
601 Massachusetts Ave., NW
Washington, D.C.   20001
Tel.     (202) 942-5000
Fax.     (202) 942-5999
Ronald.Schechter@aporter.com
Ronald.Lee@aporter.com




Dated: October 13, 2015

*FOR THE DEFENDANTS*:

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

s/  Kristina A. Wolfe
KRISTINA A. WOLFE (VA Bar No. 71570)
ADAM C. SIPLE (NY Bar No. 4387296)
JONATHAN S. NEEDLE (NY Bar No. 4529210)
Trial Attorneys, U. S. Dept. of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C.   20530
Tel. (202) 353-4519 / Fax(202) 616-8470
Kristina.Wolfe@usdoj.gov
Adam.C.Siple@usdoj.gov
Jonathan.Needle@usdoj.gov