# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL COUNSEL BUREAU, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF DEFENSE *et al.,* )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 13-01591 (JDB) |

## STIPULATION OF DISMISSAL

This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and pertains to several FOIA requests that Plaintiff submitted to a variety of federal entities. Plaintiff has decided to voluntarily dismiss its remaining claims, and resolve this litigation.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice, with each side bearing its own attorney fees and litigation costs.

| FOR THE PLAINTIFF: | FOR THE DEFENDANTS: |
|---|---|
| */s/ Ronald A. Schechter*<br>RONALD A. SCHECHTER<br>(D.C. Bar No. 245019)<br>RONALD D. LEE<br>(D.C. Bar No. 411516)<br>Arnold & Porter LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20002<br>Tel. (202) 942-5000<br>Fax. (202) 942-5999<br>Ronald.Schechter@aporter.com<br>Ronald.Lee@aporter.com<br>*Attorneys for Plaintiff*<br><br>Dated: February 10, 2016 | BENJAMIN C. MIZER<br>Principal Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>*/s/Kristina A. Wolfe*<br>KRISTINA A. WOLFE (VA Bar No. 71570)<br>ADAM C. SIPLE (NY Bar No. 4387296)<br>Trial Attorneys, U. S. Dept. of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., NW<br>NW Washington, D.C. 20530<br>Tel.    (202) 353-4519 / Fax (202) 616-8470<br>Kristina.Wolfe@usdoj.gov<br>Adam.C.Siple@usdoj.gov<br>*Attorneys for Defendants* |